UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YANGE HAN, | CASE NO. 21-0188JLR-DWC |
| Plaintiff, | ORDER OF REFERENCE |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

This action is assigned to the Honorable James L. Robart, United States District Judge.  All future documents filed in this case must bear the cause number C21-0188JLR-DWC.  The court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby refers to Magistrate Judge David W. Christel all motions to amend or supplement the

ORDER - 1

pleadings under Federal Rule of Civil Procedure 15, and all motions related to discovery disputes, including but not limited to motions to compel discovery, motions for a protective order related to discovery, and motions related to issues of privilege. *See* 28 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a). Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge David W. Christel's rulings concerning the above-described discovery motions. *See* Fed. R. Civ. P. 72(a); Local Rules W.D. Wash. MJR 3(b).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court also hereby refers to Magistrate Judge David W. Christel for preparation of a report and recommendation all motions (1) for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b);[1] (2) for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c); (3) to dismiss pursuant to Federal Rule of Civil Procedure 12(b); and (4) for a default judgment pursuant to Federal Rule of Civil Procedure 55(b). *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(a)(3). Federal Rule of Civil Procedure 72(b) governs any further proceedings in this court after Magistrate Judge David W. Christel files a report and recommendation. *See* Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c).

Accordingly, the court ORDERS that the above-entitled action is referred to Magistrate Judge David W. Christel for the specific purposes and types of motions described herein. The court further DIRECTS and EMPOWERS Magistrate Judge David

---

[1] For motions for a temporary restraining order, Magistrate Judge David W. Christel is authorized to prepare the order as recommended for the undersigned's signature.

1  W. Christel to conduct hearings and make further necessary orders consistent with 28

2  U.S.C. § 636, the local rules, and this order.

3  Dated this 26th day of March, 2021.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 3